COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| D&S RESIDENTIAL SERVICES, LP, | | No. 08-10-00304-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 200th District Court |
| | § | |
| BLANCA E. SOSA, | | of Travis County, Texas |
| | § | |
| Appellee. | | (TC # D-1-GN-09-001110) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's unopposed motion for voluntary dismissal of this appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).


February 23, 2011

 ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.